IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL LEINNEWEBER,

    Plaintiff,

v.                                                                      No. 14-cv-0578 WPL/SMV

LLOYD ASHTON,
DIANA ASHTON, and
GREAT AM. INS. CO.,

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    December 18, 2014, at 10:00 a.m.

**Matter to be heard**: Plaintiff's Opposed Motion to Compel Defendant Lloyd Ashton to Respond to Plaintiff's First Set of Discovery [Doc. 23]

**IT IS ORDERED** that, in addition to the already scheduled telephonic Rule 16 Scheduling Conference, a telephonic hearing on Plaintiff's Motion to Compel [Doc. 23] is hereby set for **December 18, 2014, at 10:00 a.m.**  To connect to the proceedings, the parties shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**